**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NEELAM BHATIA,<br><br>        Petitioner,<br><br>   vs.<br><br>STATE OF CALIFORNIA,<br><br>        Respondent. | Case No. CV 15-4151-RGK (JPR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF U.S. MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and Report and Recommendation of the U.S. Magistrate Judge. No objections have been filed. Indeed, since the Report and Recommendation was issued, two more of the Court's mailings to Petitioner have been returned as undeliverable and she still has not filed a change of address. See C.D. Cal. R. 41-6. The Court therefore accepts the findings and recommendations in the Magistrate Judge's June 12, 2015 Order to Show Cause and July 23, 2015 Report and Recommendation.

    IT IS ORDERED that the Petition is denied and Judgment be entered dismissing this action without prejudice.

DATED: August 19, 2015

                                            R. GARY KLAUSNER<br>                                            U.S. DISTRICT JUDGE