**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NEELAM BHATIA,<br><br>        Petitioner,<br><br>    vs.<br><br>STATE OF CALIFORNIA,<br><br>        Respondent. | ) Case No. CV 15-4151-RGK (JPR<br>)<br>)<br>) **J U D G M E N T**<br>)<br>)<br>)<br>)<br>) |

    Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

    IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

DATED: August 19, 2015

                              R. GARY KLAUSNER
                              U.S. DISTRICT JUDGE